# MEMORANDUM OPINIONS

PEOPLE v PERRY. Appeal from Van Buren, David Anderson, Jr., J. Submitted Division 3 April 5, 1972, at Grand Rapids. (Docket No. 9521.) Decided May 2, 1972. Leave to appeal denied, 388 Mich 756.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, and *William C. Buhl,* Prosecuting Attorney, for the people.

*Bucknell, Gergely & Foley,* for defendant on appeal.

Before: T. M. BURNS, P. J., and HOLBROOK and BORRADAILE, JJ.

MEMORANDUM OPINION. Defendant appeals his conviction by a jury of felonious assault. MCLA 750.82; MSA 28.277. An examination of the record and briefs discloses no prejudicial error.
Affirmed.

PEOPLE v COOK. Appeal from Genesee, Donald R. Freeman, J. Submitted Division 2 March 1, 1972, at Lansing. (Docket No. 9723.) Decided May 2, 1972. Leave to appeal denied, 388 Mich 756.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *Robert F. Leonard,* Prosecuting Attorney, and *Donald A. Kuebler,* Chief Assistant Prosecuting Attorney, for the people.

*Jeffrey Chimovitz,* for defendant on appeal.

Before: McGREGOR, P. J., and J. H. GILLIS and O'HARA, JJ.

MEMORANDUM OPINION. Arrested for the crimes of felony murder, MCLA 750.316; MSA 28.548, and conspiracy to commit armed robbery, MCLA 750.529; MSA 28.797, the defendant was given a jury trial and was found guilty on both counts.
After careful examination of the records and arguments made in this case, we are unable to find any error requiring a reversal. *People v Hearn,* 354 Mich 468 (1958); *People v Wynn,* 386 Mich 627 (1972).
Affirmed.